STATE of Missouri, Plaintiff–Respondent,

v.

Larry GEILER, Defendant–Appellant.

No. ED 74971.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 28, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1999.

Lance R. Drury, Ste. Genevieve, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, III, Karen L. Kramer, Asst. Attys. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ.

ORDER

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of stealing by deceit in violation of Section 570.030.1 RSMo. (1994). He was sentenced to six months in jail and a $2,500.00 fine.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law.

We affirm the judgment pursuant to Rule 30.25(b).